| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MOUNDIR KAMIL,<br>DEFENDANT. | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>10- **1054 m**<br><br>FILED<br>CLERK, U.S. DISTRICT COURT<br>AUG - 6 2010<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

Complaint for violation of Title 18, United States Code, Section 1344

| NAME OF MAGISTRATE JUDGE<br>HON. ROSALYN M. CHAPMAN | UNITED STATES MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br>August 6, 2010 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 1344: Bank Fraud]

On or about February 16, 2010, in Los Angeles County, within the Central District of California, and elsewhere, Moundir Kamil and others known and unknown, knowingly and with the intent to defraud, executed and attempted to execute a scheme to defraud East West Bank, a federally insured financial institution, as to material matters, and to obtain monies and funds owned by and in the custody an control of said financial institution by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>TERENCE O'ROURKE<br><br>OFFICIAL TITLE<br>Special Agent - USSS |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br>August 6, 2010 |
|---|---|

Meghan Blanco::mab    REC: Detention

## AFFIDAVIT

I, Terence F. O'Rourke, a Special Agent with the United States Secret Service ("USSS"), being duly sworn, hereby depose and state:

1. I am a Special Agent with the USSS and have been so employed since December 2003. Since December 2009, I have been assigned to the Los Angeles Field Office, Bank Fraud Squad, which is responsible for investigating crimes involving counterfeit checks, credit card and identity card production and distribution, wire fraud, mail fraud, and identity theft. In this capacity, I am responsible for investigating violations of federal criminal law, particularly those laws found in Title 18 of the United States Code, and relating to financial institution fraud, credit card fraud, and identity theft. Moreover, in this capacity, I have participated in and executed search warrants for investigations involving stolen and counterfeit credit cards, the use of fraudulent information to obtain credit cards, and the use of fraudulent identification documents.

2. I have received formal training at the Federal Law Enforcement Training Center and the USSS James J. Rowley Training Center. My training included, but was not limited to, the investigation of various types of identity theft and fraud, including the manufacturing of counterfeit and fraudulent identification documents; financial crimes, including access device fraud, credit card fraud, loan fraud, and check fraud; and the use of schemes to conceal and launder the proceeds of such crimes. Additionally, I hold a Bachelor of Arts degree from the Catholic University of America, Washington DC, in Political Science.

3. Through these investigations, my training and experience, and conversations with other law enforcement investigators, I have

become familiar with the means by which criminals defraud banks and individuals and steal identities. I am also familiar with the methods employed by criminals to thwart detection by law enforcement, including the use of cellular telephone technology, the use of false or fictitious identities and addresses, account take-over techniques, and the theft and illegal use of the personal identifying information.

4. This affidavit is made in support of an amended criminal complaint and amended arrest warrant against MOUNDIR KAMIL for violations of Title 18 United States Code, Section 1344: Bank Fraud. As set forth in the Original Complaint and Original Arrest warrant, which are attached hereto as exhibits A and B respectively and incorporated herein by reference, KAMIL stole the identity of victim Donald Bren. Posing as Bren, KAMIL forged and deposited an IRS refund check made payable to Bren into bank accounts that KAMIL opened at East West Bank ("Initial Deposit"). KAMIL thereafter transferred or withdrew approximately $1.1 million from the Initial Deposit.

5. On or about May 4, 2010, the Honorable Jay C. Gandhi found, based on the facts set forth in the Original Complaint and attached affidavit, that there was probable cause to believe that FNU LNU, who the government has since identified as KAMIL, was in violation of Title 18, United States Code, Section 1344: Bank Fraud.

6. Since the filing of the Original Complaint and Original Arrest Warrant, on or about August 2 and 3, 2010, pictures of FNU LNU, which were attached to the Original Arrest Warrant, have been published in news media including the Orange County Register, the Los Angeles Times, and the Huffington Post, among others. In

addition, pictures of FNU LNU, which were attached to the Original Arrest Warrant, have been displayed on local news programs throughout Southern California.

7. On or about August 4, 2010, I received a telephone call from a guard at the Santa Ana jail. The guard informed me that he recognized FNU LNU as being his former ward, KAMIL.

8. Later that same day, I retrieved a copy of KAMIL's California Drivers License and determined that KAMIL appeared to be the same individual depicted in the photographs attached to the Original Arrest Warrant.

9. I then retrieved a copy of a 2006 Judgment and Commitment Order for KAMIL. The Judgment and Commitment Order indicated that in 2006 KAMIL was convicted of six counts of bank robbery. He was sentenced to 30 months incarceration and 3 years of supervised release. I contacted the United States Probation Office and was informed that KAMIL's supervised release expired in June 2009.

CONCLUSION

10. Based upon my training and experience, and on the facts set forth in this affidavit, the Original Complaint and supporting affidavit, and the Original Arrest Warrant, I submit that there is probable cause to believe that KAMIL is in violation of Title 18 United States Code, Section 1344: Bank Fraud.

_____
Terence F. O'Rourke
Special Agent
United States Secret Service

Subscribed and sworn to before me.
this 6th day of August 2010.

_____
THE HONORABLE ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

3

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>FNU LNU, A.K.A. "DONALD BREN,"<br><br>DEFENDANTS. | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>10- **10-1054M** |

Complaint for violation of Title 18, United States Code, Section 1344

| NAME OF MAGISTRATE JUDGE<br><br>HON. VICTOR B. KENTON | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Los Angeles, CA |
|---|---|---|
| DATE OF OFFENSE<br><br>February 16, 2010 | PLACE OF OFFENSE<br>Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

[18 U.S.C. § 1344: Bank Fraud]

On or about February 16, 2010, in Los Angeles County, within the Central District of California, and elsewhere, FNU LNU, a.k.a "Donald Bren," and others known and unknown, knowingly and with the intent to defraud, executed and attempted to execute a scheme to defraud East West Bank, a federally insured financial institution, as to material matters, and to obtain monies and funds owned by and in the custody an control of said financial institution by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

Photographs of Defendant are attached as Exhibit 1.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE: N/A

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>TERENCE O'ROURKE |
|---|---|
| | OFFICIAL TITLE<br>Special Agent - USSS |

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE<br><br>May 4, 2010 |
|---|---|

Meghan Blanco:mab    REC: Detention

# AFFIDAVIT

I, Terence F. O'Rourke, a Special Agent with the United States Secret Service ("USSS"), being duly sworn, hereby depose and state:

1.     I am a Special Agent ("SA") with the USSS and have been so employed since December 2003. Since December 2009, I have been assigned to the Los Angeles Field Office, Bank Fraud Squad, which is responsible for investigating crimes involving counterfeit checks, credit card and identity card production and distribution, wire fraud, mail fraud, and identity theft. In this capacity, I am responsible for investigating violations of federal criminal law, particularly those laws found in Title 18 of the United States Code, and relating to financial institution fraud, credit card fraud, and identity theft. Moreover, in this capacity, I have participated in and executed search warrants for investigations involving stolen and counterfeit credit cards, the use of fraudulent information to obtain credit cards, and the use of fraudulent identification documents.

2.     I have received formal training at the Federal Law Enforcement Training Center and the USSS James J. Rowley Training Center. My training included, but was not limited to, the investigation of various types of identity theft and fraud, including the manufacturing of counterfeit and fraudulent identification documents; financial crimes, including access device fraud, credit card fraud, loan fraud, and check fraud; and the use of schemes to conceal and launder the proceeds of such crimes. Additionally, I hold a Bachelor of Arts degree from the Catholic University of America, Washington DC, in Political Science.

3.     Through these investigations, my training and experience, and conversations with other law enforcement investigators, I have become familiar with the means by which criminals defraud banks and individuals and steal identities. I am also familiar with the methods employed by criminals to thwart detection by law enforcement, including the use of cellular telephone

1

technology, the use of false or fictitious identities and addresses, account take-over techniques, and the theft and illegal use of the personal identifying information.

4. This affidavit is made in support of a criminal complaint and arrest warrant against First Name Unknown ("FNU") Last Name Unknown ("LNU") for violations of Title 18 United States Code, Section 1344: Bank Fraud. As set forth in detail below, FNU LNU stole the identity of victim Donald Bren. Posing as Bren, FNU LNU forged and deposited an IRS refund check made payable to Bren into bank accounts that FNU LNU opened at East West Bank ("Initial Deposit"). FNU LNU thereafter transferred or withdrew approximately $1.1 million from the Initial Deposit.

The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.

## PROBABLE CAUSE

5. On April 13, 2010, I received a call from Melinda Hickerson, a Special Agent with the Internal Revenue Service, regarding a $1,389,524.61 United States Treasury Check made payable to Donald Bren that FNU LNU deposited into four bank accounts at East-West Bank. Special Agent Hickerson had been informed that FNU LNU would return to the bank later that afternoon to pick up a book of checks.

6. On or about April 13, 2010, I met with Tito Ochoa, a Fraud Investigator with East-West Bank, and David Ouyand, the manager of East West Bank's Cerritos Branch, and was informed of the following:

(a) On or about February 16, 2010, FNU LNU, who at the time purported to be Donald Bren, entered East West Bank's Cerritos Branch and opened four bank accounts

2

("Nominee Accounts"). FNU LNU presented a United States Treasury Check made payable to "Donald Bren" and used the United States Treasury Check as the opening deposits for the Nominee Accounts. FNU LNU forged Donald Bren's signature and wrote account number "20540555" on the back side of the United States Treasury Check.

(b) The Nominee Accounts were opened in the name of Donald Bren (DOB: 11/08/69 and SSN: 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), 349 N. Fairing Rd., Los Angeles, CA 90077 (home address) and 6319 S. Budlong Ave, Los Angeles, CA 90044 (mailing address). The signature card identified California Driver License (hereafter "CDL") A3057505. The signature card also identified Bren's occupation as "smoke shop." Bren was sole authorized signatory on the Nominee Accounts.

(c) On or about April 2, 2010, FNU LNU entered the Cerritos Branch and opened a fifth Nominee Account under the name "Donald Bren." FNU LNU withdrew $117,049.58 from the existing Nominee Accounts. The $117,049.58 withdrawn from the existing Nominee Accounts was used as the opening deposit for the fifth Nominee Account.

(d) Since opening the Nominee Accounts, FNU LNU has transferred and withdrawn over $1,100,000.00 of the Initial Deposit.

(e) Of the $1,389,524.61 comprising the Initial Deposit, $64,049.58 in cash and $200,000 in Certificates of Deposits remain in the Nominee Accounts.

7. The USSS came to know that the true Donald Bren, to whom the IRS refund check was made payable, is the chairman of the Irvine Company, and not FNU LNU.

8. I have been informed that USSS Special Agent Greg Auer called an individual named John Flynn, who works for the Irvine Company, and was told that Donald Bren did not authorize anyone to deposit his IRS refund check into any account at East-West Bank.

9. On or about April 13, 2010, I obtained copies of surveillance photos from East West Bank, copies of documents reflecting wire transfers between the Nominee Accounts and other bank accounts, and copies of bank records relating to the Nominee Accounts.

10. On or about April 13, 2010, I reviewed East-West Bank's records and learned the following:

(a) FNU LNU's surveillance photographs do not match photographs of the true Donald Bren.

(b) On February 26, 2010, $211,346.97 was transferred from the Nominee Accounts to a Bank of America account held in the name Edmond Daire.

(c) On March 3, 2010, $209,560.00 was transferred from the Nominee Accounts to a Bank of America account held in the name Edmond Daire.

(d) On March 4, 2010, $204,745.00 was transferred from the Nominee Accounts to a Citibank account held in the name Glen Bryant.

(e) On March 11, 2010, $232,686.00 was transferred from the Nominee Accounts to a Bank of America account held in the name Michael Galicia.

11. Based on my training and experience, I know the following:

(a) Criminals who pose as third parties and manufacture counterfeit drivers licenses use assumed identities to obtain access to account and card holder information.

(b) Repeated transfers of large amounts of money over a short period of time are indicative of financial fraud.

CONCLUSION

13. Based upon my training and experience, and on the facts set forth in this affidavit,

//
//
//
//
//
//
//

4

I submit that there is probable cause to believe that FNU LNU is in violation of Title 18 United States Code, Section 1344: Bank Fraud.

Terence F. O'Rourke
Special Agent
United States Secret Service

Subscribed and sworn to before me.
this _____ day of May 2010.

THE HONORABLE ~~VICTOR B. KENTON~~ JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE