USSS    ORIGINAL   NGV

# United States District Court

<u>    CENTRAL    </u> DISTRICT OF <u>    CALIFORNIA    </u>

UNITED STATES OF AMERICA
             v.                    AMENDED WARRANT FOR ARREST

MOUNDIR KAMIL          ON AMENDED COMPLAINT

CASE NUMBER: **10-1054M**

To: The United States Marshal or any
    Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Moundir Kamil
                                         Name

and bring him forthwith to the nearest Judge/Magistrate to answer a complaint charging him with a violation of Title 18, United States Code, Section 1344 (bank fraud).

with Bail fixed at $_____
REC: ~~DETENTION~~ *To be set by Duty Judge*

Date: August 6, 2010               HON. ROSALYN M. CHAPMAN
                                   Name of Judge/Magistrate Judge

                                   *[signature]*
                                   Signature of Judge/Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AUSA Bail Recommendation: Detention

ARRESTED WITHIN THE C/CA
BY: *USSS*
ON: *8/11/10*
SIGNED: *[signature] Neal*