FILED

2010 SEP 13 PM 4:27

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MOUNDIR KAMIL,<br><br>                    Defendant. | CR No. 10 01027<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1344(2): Bank Fraud] |

The United States Attorney charges:

[18 U.S.C. § 1344(2)]

A.    INTRODUCTION

     1.    At all times relevant to this Information, the deposits of East West Bank, N.A. ("East West") were insured by the Federal Deposit Insurance Corporation.

B.    THE FRAUDULENT SCHEME

     2.    Beginning on an unknown date, and continuing until on or about August 2010, in Los Angeles County, within the Central District of California, and elsewhere, defendant MOUNDIR KAMIL ("KAMIL") knowingly and with intent to defraud, executed a scheme to obtain monies and funds owned by, and in the custody and

control of, East West by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3. The fraudulent scheme operated in substance in the following manner:

a. Defendant KAMIL obtained a United States Treasury check in the amount of $1,389,524.61, made payable to victim D.B. (the "D.B. Treasury Check").

b. Without victim D.B.'s authorization, defendant KAMIL used victim D.B.'s personal information to open an account at East West in the name of victim D.B. (the "Fraudulent D.B. Bank Account"), including, among other things, victim D.B.'s social security number and date of birth.

c. In opening the Fraudulent D.B. Bank Account, defendant KAMIL presented to East West a false or fraudulent California Drivers License (xxxx7505) in the name of victim D.B. but bearing defendant KAMIL's photograph.

d. Without victim D.B.'s authorization, defendant KAMIL deposited the D.B. Treasury Check into the Fraudulent D.B. Bank Account.

e. Between on or about February 2010 and on or about April 2010, defendant KAMIL transferred or withdrew approximately $1.1 million from the Fraudulent D.B. Bank Account, consisting entirely of proceeds from the D.B. Treasury Check, which defendant KAMIL then transferred to bank accounts in the names of other individuals.

//

1  C.   <u>THE EXECUTION OF THE FRAUDULENT SCHEME</u>

2       4.   On or about February 16, 2010, within the Central

3  District of California, and elsewhere, defendant KAMIL committed

4  the following act, which constituted an execution of the

5  fraudulent scheme:  The deposit of the United States Treasury

6  check made payable to victim D.B. in the amount of $1,389,524.61

7  into an account at East West Bank, N.A.

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

CURTIS A. KIN
Assistant United States Attorney
Chief, General Crimes Section

RUTH C. PINKEL
Assistant United States Attorney
Deputy Chief,
General Crimes Section

MEGHAN A. BLANCO
Assistant United States Attorney
General Crimes Section